AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

DEPOSITORS INSURANCE COMPANY;
NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY; AMCO INSURANCE
COMPANY; NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

Plaintiff(s)

v.                                          2:22-cv-2065-JMY

4200 ROOSEVELT LLC;
4200 ROSE HOSPITALITY, LLC;
WYNDHAM WORLDWIDE CORPORATION;
WYNDHAM HOTEL & RESORTS, INC.;
WYNDHAM HOTEL AND RESORTS, LLC;
WYNDHAM HOTEL MANAGEMENT, INC.;
WYNDHAM HOTEL GROUP, LLC;
SURATI MANAGEMENT GROUP, LLC;
AH, AN INDIVIDUAL

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
WILLIAM T. SALZER
SWARTZ CAMPBELL LLC
ONE LIBERTY PLACE, 38TH FL
1650 MARKET STREET
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date:　　　5/26/22　　　　　　　　　　　　　　　S/ *Frank Del Campo*
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk



**Kate Barkman, Clerk of Court**
**U.S. District Court, Eastern District of PA**

Case 2:22-cv-02065-JMY   Document 2   Filed 05/26/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:22-CV-2065-JMY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*