**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, : <br> NATIONWIDE PROPERTY & CASUALTY : <br> INSURANCEE COMPANY, AMCO : <br> INSURANCE COMPANY, and NATIONWIDE: <br> MUTUAL FIRE INSURANCE COMPANY : <br>            v. : <br> : <br> 4200 ROOSEVELT LLC, 4200 ROSE : <br> HOSPITALITY, LLC, WYNDHAM : <br> WORLDWIDE CORPORATION, : <br> WYNDHAM HOTEL & RESORTS, INC., : <br> WYNDHAM HOTEL AND RESORTS, LLC, : <br> WYNDHAM HOTEL MANAGEMENT, INC., : <br> WYNDHAM HOTEL GROUP, LLC, SURATI : <br> MANAGEMENT GROUP, LLC, and A.H., : <br> AN INDIVIDUAL : <br> : | CIVIL ACTION <br><br> NO. 2:22-CV-02065 |

## ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of defendants, 4200 Roosevelt, LLC, and 4200 Rose Hospitality, LLC, in the above-captioned matter.

                                                            Respectfully,

                                                            */S/ Scott J. Tredwell*
                                                            Scott J. Tredwell, Esquire
                                                            Attorney ID: 57364
                                                           **McCormick & Priore, P.C.**
                                                           450 Plymouth Road, Suite 204
                                                           Plymouth Meeting, PA 19462
                                                           (T) 215-664-4004
                                                           (F) 215-664-4005
                                                           STredwell@mccormickpriore.com
                                                           Attorney for Defendants,
                                                           4200 Roosevelt, LLC, and
                                                           4200 Rose Hospitality, LLC

Dated: 7/5/22