IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, : <br> NATIONWIDE PROPERTY & CASUALTY : <br> INSURANCEE COMPANY, AMCO : <br> INSURANCE COMPANY, and NATIONWIDE: <br> MUTUAL FIRE INSURANCE COMPANY : <br>  v. : <br> : <br> 4200 ROOSEVELT LLC, 4200 ROSE : <br> HOSPITALITY, LLC, WYNDHAM : <br> WORLDWIDE CORPORATION, : <br> WYNDHAM HOTEL & RESORTS, INC., : <br> WYNDHAM HOTEL AND RESORTS, LLC, : <br> WYNDHAM HOTEL MANAGEMENT, INC., : <br> WYNDHAM HOTEL GROUP, LLC, SURATI : <br> MANAGEMENT GROUP, LLC, and A.H., : <br> AN INDIVIDUAL : <br> : | CIVIL ACTION <br><br> NO. 2:22-CV-02065 |

**STIPULATION TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPUALATED AND AGREED by and between William T. Salzer, Esquire, counsel for plaintiffs, Nationwide Property & Casualty Insurance Company, AMCO Insurance Company, and Nationwide Mutual Fire Insurance Company, and Scott J. Tredwell, Esquire, counsel for defendants, 4200 Roosevelt LLC and 4200 Rose Hospitality LLC, that the aforementioned defendants shall have an extension until July 12, 2022 to answer or otherwise plead to plaintiff's Complaint in the above-entitled action. No prior extensions have been requested.

| | |
|---|---|
| **SWARTZ CAMPBELL LLC** | **McCORMICK & PRIORE, P.C.** |
| By: _/s/ *William T. Salzer*_ <br> William T. Salzer, Esquire <br> 1600 Market Street, 38th Floor <br> One Liberty Place <br> Philadelphia, PA 19103 <br> (T) 215-564-5190 | By: _/s/ *Scott J. Tredwell*_ <br> Scott J. Tredwell, Esquire <br> PA Attorney ID #: 57364 <br> 2001 Market Street, Suite 3801 <br> Philadelphia, PA 19103 <br> (T) 215-972-0161 |

(F) 215-299-4301  
wsalzer@swartzcampbell.com

*Attorney for Plaintiffs, Nationwide Property & Casualty Insurance Company, AMCO Insurance Company, and Nationwide Mutual Fire Insurance Company*

(F) 215-972-5580  
STredwell@mccormickpriore.com

*Attorney for Defendants, 4200 Roosevelt LLC and 4200 Rose Hospitality LLC*

Dated: July 5, 2022

J.