IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEPOSITORS INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCEE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | : : : : : : | CIVIL ACTION |
| v. | : : | NO. 2:22-CV-02065 |
| 4200 ROOSEVELT LLC, 4200 ROSE HOSPITALITY, LLC, WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL & RESORTS, INC., WYNDHAM HOTEL AND RESORTS, LLC, WYNDHAM HOTEL MANAGEMENT, INC., WYNDHAM HOTEL GROUP, LLC, SURATI MANAGEMENT GROUP, LLC, and A.H., AN INDIVIDUAL | : : : : : : : : : | |

**STIPULATION TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPUALATED AND AGREED by and between William T. Salzer, Esquire, counsel for plaintiffs, Nationwide Property & Casualty Insurance Company, AMCO Insurance Company, and Nationwide Mutual Fire Insurance Company, and Scott J. Tredwell, Esquire, counsel for defendants, 4200 Roosevelt LLC and 4200 Rose Hospitality LLC, that the aforementioned defendants shall have an extension until July 12, 2022 to answer or otherwise plead to plaintiff's Complaint in the above-entitled action. No prior extensions have been requested.

| | |
|---|---|
| **SWARTZ CAMPBELL LLC** | **McCORMICK & PRIORE, P.C.** |
| By: _/s/ William T. Salzer_ | By: _/s/ Scott J. Tredwell_ |
| William T. Salzer, Esquire | Scott J. Tredwell, Esquire |
| 1600 Market Street, 38th Floor | PA Attorney ID #: 57364 |
| One Liberty Place | 2001 Market Street, Suite 3801 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (T) 215-564-5190 | (T) 215-972-0161 |

| | |
|---|---|
| (F) 215-299-4301<br>wsalzer@swartzcampbell.com | (F) 215-972-5580<br>STredwell@mccormickpriore.com |
| ***Attorney for Plaintiffs, Nationwide Property & Casualty Insurance Company, AMCO Insurance Company, and Nationwide Mutual Fire Insurance Company*** | ***Attorney for Defendants, 4200 Roosevelt LLC and 4200 Rose Hospitality LLC*** |

Dated: July 5, 2022

/s/ *John Milton Younge*
                                  J.