IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>v.<br><br>4200 ROOSEVELT LLC, 4200 ROSE HOSPITALITY, LLC, WYNDHAM WORLDWIDE CORPORATION, WYNDHAM HOTEL & RESORTS, INC., WYNDHAM HOTEL AND RESORTS, LLC, WYNDHAM HOTEL MANAGEMENT, INC., WYNDHAM HOTEL GROUP, LLC, SURATI MANAGEMENT GROUP, LLC, and A.H., AN INDIVIDUAL | CIVIL ACTION<br><br>NO. 2:22-CV-02065 |

**ORDER GRANTING THE WYNDHAM DEFENDANTS' MOTION TO DISMISS OR STAY PLAINTIFFS' COMPLAINT**

Having considered Defendants Wyndham Worldwide Corporation (n/k/a Travel + Leisure Co.); Wyndham Hotels & Resorts, Inc.; Wyndham Hotels and Resorts, LLC; Wyndham Hotel Management, Inc.; and Wyndham Hotel Group, LLC's (collectively, the "Wyndham Defendants'") Motion to Dismiss or Stay Plaintiffs' Complaint, Plaintiffs' opposition, and the Wyndham Defendants' Reply, this Court hereby rules as follows:

☐ The Wyndham Defendants' Motion to Dismiss Plaintiffs' Complaint is **GRANTED**. Therefore, this action **IS DISMISSED.**

☐ The Wyndham Defendants' Motion to Stay this action is **GRANTED**. Therefore, this action is **STAYED** pending the the completion of *A.H. v. Roosevelt Inn, LLC, et al.*, Case No. 200102954, in the Pennsylvania Court of Common Pleas for Philadelphia County.

**SO ORDERED.**

1

Dated: This ____ day of _____, _____.   _____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable John Milton Younge
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge