IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEPOSITORS INSURANCE COMPANY, et al. | : : : : | CIVIL ACTION |
| v. | : : : | No. 22-cv-2065 |
| 4200 ROOSEVELT, LLC, et al. | : : : : | |

**NOTICE**

Please be advised that a status conference in the above-captioned case is scheduled for **Thursday, February 23, 2023, at 9:45 a.m.** before the Honorable Mia Roberts Perez. The conference will be held via Zoom; access information will be provided via email prior to the conference.

Counsel must coordinate to complete the enclosed Status Report and email a joint completed report to Perez_Chambers@paed.uscourts.gov three business days prior to the status conference.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

/s/ Mia Harvey
Mia Harvey
Courtroom Deputy to Judge Mia Roberts Perez
267-299-7589 (Phone)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| *Plaintiff*, | : : : | |
| v. | : : | CIVIL ACTION NO. |
| | : : | |
| *Defendant*. | : | |

**STATUS REPORT**

1. Is the case ready for trial? If not, why not?

2. What discovery has been completed and what remains to be done?

3. Will the parties benefit from a settlement conference? If so, when will you be ready?

4. Do the parties consent to the jurisdiction of a magistrate judge?